No. 11–8478. IN RE FLYNN. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of mandamus dismissed. See this Court's Rule 39.8.

No. 11–8971. IN RE CRAWFORD. Petition for writ of mandamus denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–817. FLORIDA v. HARRIS. Sup. Ct. Fla. Motion of National Police Canine Association et al. for leave to file a brief as *amici curiae* granted. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 10–8116. FRYE v. MISSOURI. Ct. App. Mo., Western Dist. Certiorari denied.

No. 10–9742. COOK v. ARIZONA. Super. Ct. Ariz., County of Mohave. Certiorari denied.

No. 10–10782. WILLIAMS v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 10–11036. BALENTINE v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 11–457. KITSAP ALLIANCE OF PROPERTY OWNERS ET AL. v. CENTRAL PUGET SOUND GROWTH MANAGEMENT HEARINGS BOARD ET AL. Ct. App. Wash. Certiorari denied.

No. 11–561. SMITH ET AL. v. FIELDS ET AL. C. A. 7th Cir. Certiorari denied.

No. 11–622. HTH CORP. ET AL. v. FRANKL, REGIONAL DIRECTOR OF REGION 20 OF THE NATIONAL LABOR RELATIONS BOARD, FOR AND ON BEHALF OF THE NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied.

No. 11–677. MOORE v. GUERRERO ET AL. C. A. 4th Cir. Certiorari denied.